

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NOS. AP-76,394, AP-76,395 & AP-76,396

### EX PARTE LLEWELLYN SCOTT, Applicant

### ON APPLICATIONS FOR WRITS OF HABEAS CORPUS
### CAUSE NO. 16193 IN THE 329TH DISTRICT COURT
### FROM WHARTON COUNTY

*Per curiam.*

### O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court these applications for writs of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of two counts of possession of a controlled substance and one count of tampering with evidence and sentenced to seventy-five years' imprisonment for each count. The Thirteenth Court of Appeals affirmed his conviction. *Scott v. State*, No. 13-08-315-CR (Tex. App–Corpus Christi, August 17, 2009).

Applicant contends that his appellate counsel rendered ineffective assistance because counsel failed to timely notify Applicant that his conviction had been affirmed. We remanded this

application to the trial court for findings of fact and conclusions of law.

Appellate counsel filed an affidavit with the trial court. Based on that affidavit, the trial court has entered findings of fact and conclusions of law that appellate counsel failed to timely notify Applicant that his conviction had been affirmed. The trial court recommends that relief be granted. *Ex parte Wilson*, 956 S.W.2d 25 (Tex. Crim. App. 1997). We find, therefore, that Applicant is entitled to the opportunity to file an out-of-time petition for discretionary review of the judgment of the Thirteenth Court of Appeals in Cause No. 13-08-315-CR that affirmed his conviction in Case No. 16193 from the 329th Judicial District Court of Wharton County. Applicant shall file his petition for discretionary review with the Thirteenth Court of Appeals within 30 days of the date on which this Court's mandate issues.

Delivered: August 25, 2010
Do not publish